Kimberly M. Ingram (S.B. #305497)
kingram@bradley.com
BRADLEY ARANT BOULT
CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN 37203
Telephone: (615) 252-3592
Fax: (615) 252-6357

*Attorney for Plaintiffs,* NORMERICA
INTERNATIONAL CORPORATION
and NORMERICA INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORMERICA INTERNATIONAL CORPORATION**, a Barbados corporation, and **NORMERICA INC.**, an Ontario corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>**LITTERPURRFECT, L.P.**, a California limited partnership; and **IN BOCCA AL LUPO, INC.**, a California corporation,<br><br>Defendants. | **Civil Action No.** ‘18 CV0538 CAB MDD<br><br>**COMPLAINT FOR:**<br> **1. BREACH OF CONTRACT,**<br> **2. QUANTUM MERUIT, AND**<br> **3. OPEN BOOK ACCOUNT** |

1

Plaintiffs NORMERICA INTERNATIONAL CORPORATION and NORMERICA INC. complain against Defendants LITTERPURRFECT, L.P. ("LP") and IN BOCCA AL LUPO, INC. ("IBAL") as follows:

## NATURE OF THE ACTION

1.     This is an action for breach of contract, quantum meruit, and open book account in connection with Defendant LP's failure, at the direction of Defendant IBAL, LP's general partner, to pay Plaintiffs for goods delivered in accordance with agreements between the parties.

## THE PARTIES

2.     Plaintiff Normerica International Corporation is, and at all times relevant hereto has been, a corporation organized and existing under the laws of Barbados, with its principal place of business in Ontario, Canada.  Plaintiff Normerica Inc. is, and at all times relevant hereto has been, a corporation organized and existing under the laws of Ontario, Canada, with its principal place of business in Ontario, Canada.  Normerica International Corporation and Normerica Inc. are collectively referred to herein as "Normerica" or "Plaintiffs." Normerica is an international leader in the pet product industry, providing premium products, both private label and branded, to world-class retailers across the globe.  Among other products, Normerica manufactures and sells cat litter to a variety of distributors and retailers.

3.     Defendant LP is a limited partnership organized and existing under the laws of California.  LP sells cat litter exclusively to Costco Wholesale Corporation ("Costco").

4.     The sole general partner of LP is IBAL.  IBAL is a corporation organized and existing under the laws of California, formed on or about February 7, 2018, and has its principal place of business in Rancho Santa Fe, California. The registered agent for IBAL is Angelyn Scarvaci ("Scarvaci"), 15219 El Camino Real, #2488, Rancho Santa Fe, CA 92067.  Upon information and belief,

COMPLAINT

Scarvaci, formerly known as Angelyn Katz, is a natural person domiciled in California.  Scarvaci is also the sole limited partner of LP.

## JURISDICTION AND VENUE

5.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332, because there is diversity of citizenship between Plaintiffs, a Barbados corporation whose principal place of business is in Canada, and an Ontario corporation whose principal place of business is in Canada, and Defendants, who are California businesses entities and composed, for purposes of determining diversity of citizenship, of California citizens and residents, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6.      As a California limited partnership and a California corporation, respectively, Defendants are subject to personal jurisdiction in California.

7.      Venue is appropriate pursuant to 28 U.S.C. § 1391 because all Defendants maintain their principal places of business in this district and a substantial part of the events giving rise to the claim occurred at Defendants' principal places of business.

## FACTS COMMON TO ALL COUNTS

8.      For over two decades, LP has supplied Costco with cat litter products.  Costco is the only customer of LP.

9.      For approximately 15 years, Normerica has supplied to Costco all the cat litter products sold by LP to Costco, during which time Normerica has handled all operational aspects of the business, including: managing the production of the cat litter products and their packaging (including ownership of all the molds for the jugs and pails in which the products are sold); product development and quality assurance; acquiring and maintaining inventory of raw materials and finished products; creating the art and designs for the product sleeves and other packaging; purchasing corrugate and packing the products for

COMPLAINT

shipping; handling transportation, trucking and shipping logistics and payments; and fulfilling electronic orders from Costco to LP and completing shipments to Costco.

10.     During this time, Normerica operated under an agreement with LP whereby LP would forward to Normerica Costco's purchase orders to LP and Normerica would fulfill such orders by shipping product to Costco and invoicing LP for the costs of the product, packaging and transportation, after which LP would pay Normerica for the subject goods (i.e., the cat litter product and packaging) and services (i.e., transportation) (the "Agreement").  The Agreement was not documented under a long-term requirements or other written agreement.  (Normerica International Corporation receives and fulfills orders from LP for shipments to Costco in the United States, whereas Normerica Inc. receives and fulfills orders from LP for shipments to Costco in Canada.)

11.     On January 31, 2018, Normerica sent a letter to LP informing LP that Normerica would be concluding its current business relationship with LP under the current conditions effective March 1, 2018.  Normerica further informed LP that Normerica would require "immediate payment for all packaging on order and in [Normerica's] warehouses" and that beginning on February 6, 2018, all shipments by Normerica would be on a cash-on-delivery (COD) basis and all LP pricing would be freight-on-board (FOB) plant.

12.     On February 5, 2018, Normerica sent a letter to LP reminding LP that, beginning on the following day, all shipments by Normerica would be on a cash-on-delivery (COD) basis and all LP pricing would be freight-on-board (FOB) plant.  The letter further reminded LP that payment was immediately due for "all packaging and inventory [Normerica] ha[d] on hand and in [its] warehouses."  The letter included an invoice reflecting $416,440.13 outstanding on LP's account.

13.     On March 6, 2018, Normerica sent a letter to LP reminding LP that Normerica had required immediate payment for all packaging on orders and in Normerica's warehouses and advising that Normerica had yet to receive payment for outstanding invoices representing packaging and inventory held at Normerica's facilities for LP.   Normerica therefore demanded immediate payment of two outstanding invoices attached to the letter, which totaled $520,431.17.   Normerica also demanded payment of $197,092.61 of freight charges for LP shipments incurred by Normerica as of March 1, 2018.

14.     On March 8, 2018, Normerica reiterated, via letter to LP, that all orders placed by LP would be on a cash-on-delivery (COD) basis and all LP pricing would be freight-on-board (FOB) Normerica's facility.   Normerica also reiterated its demand for payment of the $520,431.17 in invoices and $197,092.61 in freight charges.

15.     As of March 8, 2018, LP owed Normerica at least $717,523.78.

16.     On March 14, 2018, Normerica received checks totaling $298,000.57.   Of this amount, $103,991.04 constituted partial payment of the $717,523.78 previously owed and demanded.   However, even assuming that these checks constitute good funds, LP would still owe Normerica $613,532.74 of the $717,523.78 previously owed and demanded as of the filing of this Complaint.

17.     As of March 16, 2018, the amount owed by LP to Normerica will be at least $986,529.10.

18.     As general partner of LP, IBAL has control over whether LP pays Normerica the amounts outstanding and due and owing from LP to Normerica. Accordingly, IBAL has been named a defendant in this action.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

19.     Normerica restates and incorporates by reference all of the foregoing allegations of this Complaint as though fully set forth herein.

20.     Normerica and LP entered into an Agreement as alleged herein.

21.     Pursuant to the Agreement, LP sent Costco's purchase orders to Normerica, constituting offers from LP to Normerica under applicable law.

22.     Pursuant to the Agreement and applicable law, Normerica accepted these offers by promptly fulfilling the orders and delivering the ordered goods to Costco.

23.     Despite Normerica's demands for payment, LP has failed to pay at least $613,532.74 that LP owes Normerica pursuant to the Agreement and applicable law, an amount that will rise to at least $986,529.10 on March 16, 2018.

24.     Upon information and belief, as the new general partner of LP, IBAL has caused LP not to honor its contractual obligations to Normerica.

25.     Normerica has performed all conditions, covenants, and promises required of it in accordance with the Agreement, except any conditions, covenants, and promises the performance of which were excused by LP and IBAL's conduct.

26.     As a proximate result of LP's breach of the Agreement, Normerica has been damaged in an amount to be determined at trial, but totaling at least $613,532.74, an amount that will rise to at least $986,529.10 on March 16, 2018. As the general partner of LP, IBAL is equally responsible for this breach.

COMPLAINT

## SECOND CAUSE OF ACTION
### (Quantum Meruit/Valebant)

27.   Normerica restates and incorporates by reference all of the foregoing allegations of this Complaint as though fully set forth herein.

28.   In fulfilling and delivering orders for cat litter, Normerica provided labor, goods, and services to LP.  The provision thereof benefitted LP and IBAL by providing LP's sole customer, Costco, with regular deliveries of goods.

29.   LP requested that Normerica render such goods and services by submitting Costco's purchase orders to Normerica.  In so doing, LP knew Normerica would perform such services and provide such goods and agreed to pay Normerica the reasonable value of said services.

30.   The reasonable value of those goods and services is the amount that Normerica invoiced LP, which reflects a price similar to that Normerica charges its numerous other customers.

31.   At least $613,532.74 of the goods provided and services rendered have not been paid by LP, which is acting under the direction of IBAL.  As of March 16, 2018, assuming no further payment is received, LP will have failed to pay for at least $986,529.10 of the goods provided and services rendered by Normerica.

32.   If LP and IBAL are permitted to retain the value of the goods provided and services rendered, which have preserved its valuable relationship with Costco, without paying for those services, LP and IBAL would be unjustly enriched.

## THIRD CAUSE OF ACTION
### (Open-Book Account)

33.   Normerica restates and incorporates by reference all of the foregoing allegations of this Complaint as though fully set forth herein.

34.     Within approximately the last fifteen (15) years, Normerica has provided labor, goods, and services to LP, at the special request of LP.

35.     LP became indebted to Normerica on an open book account for money due Normerica in the aggregate amount of at least $613,532.74 for labor, goods, and services provided to LP, at the special request of LP and for which LP agreed to pay.

36.     Despite the fact that Normerica has repeatedly demanded payment, LP, acting under the direction of IBAL, continues to owe Normerica at least $613,532.74, as of the filing of this Complaint, an amount that will rise to at least $986,529.10 on March 16, 2018.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiffs pray for judgment from the Court as follows:

A.     For an amount of damages to be determined in trial, but totaling at least $986,529.10;

B.     For interest on damages;

C.     For costs of suit herein; and

D.     For such other relief as the court deems proper and just.

Dated: March 14, 2018

BRADLEY ARANT BOULT CUMMINGS LLP

BY: */s/Kimberly M. Ingram*

Kimberly M. Ingram, Esq.

*Attorney for Plaintiffs, Normerica International Corporation and Normerica Inc.*